December 21, 1995
 [NOT FOR PUBLICATION]
 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 95-1504 

 IDALIA MORALES,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Raymond L. Acosta, U.S. District Judge] 

 

 Before

 Selya, Stahl and Lynch,
 Circuit Judges. 

 

Idalia Morales on brief pro se. 
Guillermo Gil, United States Attorney, and Maria Hortensia Rios 
Gandara, Assistant United States Attorney, on brief for appellee. 

 

 

 Per Curiam. Reviewing de novo the dismissal of 

plaintiff's complaint for failure to state a claim, and upon

consideration of the parties' briefs and the record, we agree

with the district court's analysis and affirm substantially

for the reasons set forth in its memorandum order of February

15, 1995.

 Affirmed. See Loc. R. 27.1.